# UNITED STATES DISTRICT COURT

_Middle_ DISTRICT OF _Alabama_

UNITED STATES OF AMERICA

V.

_Michael Gibson_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _2:07mj18-WC_

I, _Michael Gibson_, charged in a ☒ complaint ☐ petition pending in this District _MIDDLE ALABAMA_

in violation of _21_, U.S.C., _841(a)(1)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a   ☐ examination  ☒ hearing  , do hereby waive (give up) my right to a preliminary  ☐ examination  ☒ hearing.

_[signature]_
Defendant

_15 February 2007_
Date

_[signature]_
Counsel for Defendant