| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:31 - 11:37 | |

√ ARRAIGNMENT    ❒ CHANGE OF PLEA    ❒ CONSENT PLEA
❒ RULE 44(c) HEARING    ❒ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr22-WHA    **DEFENDANT NAME:** Michael Gibson
**AUSA:** Todd Brown    **DEFENDANT ATTORNEY:** Robin Konrad standing in for Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❒ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❒ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ Not Guilty
   ❒ Guilty as to:
      ❒ Count(s):
      ❒ Count(s):          ❒ dismissed on oral motion of USA
                ❒ to be dismissed at sentencing

❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ CRIMINAL TERM:   7/9/07 (if District Judge agrees to this term) (toxicology report not completed and defendant needs more time to prepare- Government has no objections)
   **DISCOVERY DISCLOSURE DATE: 3/7/07**
❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
   ❒ Trial on _____; ❒ Sentencing on _____
❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
      ❒ Defendant requests time to secure new counsel