IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-22-WHA |
| | ) | |
| MICHAEL GIBSON | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Christa D. Deegan as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Todd A. Brown.

Respectfully submitted this the 16th day of May, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Christa D. Deegan
    CHRISTA D. DEEGAN
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-22-WHA |
| | ) | |
| MICHAEL GIBSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler, Esquire.

              Respectfully submitted,

              /s/Christa D. Deegan
              CHRISTA D. DEEGAN
              Assistant United States Attorney
              One Court Square, Suite 201
              Montgomery, AL 36104
              Phone: (334)223-7280
              Fax: (334)223-7135
              E-mail: christa.d.deegan@usdoj.gov