IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:07cr22-WHA |
| ) | |
| **MICHAEL GIBSON** ) | |

## MOTION TO WITHDRAW PLEADING

COMES NOW Michael Gibson, by and through undersigned counsel, Kevin L. Butler, and respectfully requests to withdraw the Motion to Continue Trial filed on May 15, 2007. This motion was filed under seal.

In this case, we requested the trial be moved from the June 4, 2007. Mr. Gibson's case has already been set on the July 9, 2007, trial term. There is no need for a continuance at this time.

WHEREFORE, Defendant respectfully requests that this Motion To Continue Trial be withdrawn.

Dated this 17t$^h$ day of May, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:07mj18-WC |
| ) | |
| **MICHAEL GIBSON** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138