IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. No.: 2:07cr22-WHA |
| ) | |
| MICHAEL GIBSON ) | |

## MOTION TO WITHDRAW PLEADING

COMES NOW Michael Gibson, by and through undersigned counsel, Kevin L. Butler, and respectfully requests to withdraw the Motion to Continue Trial filed on May 15, 2007. This motion was filed under seal.

In this case, we requested the trial be moved from the June 4, 2007. Mr. Gibson's case has already been set on the July 9, 2007, trial term. There is no need for a continuance at this time.

WHEREFORE, Defendant respectfully requests that this Motion To Continue Trial be withdrawn.

Dated this 17t$^h$ day of May, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**MOTION GRANTED**

SO ORDERED
THIS 18th DAY OF May, 2007

UNITED STATES DISTRICT JUDGE