IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  CR. NO. 2:07cr022-WHA |
| | ) |
| MICHAEL GIBSON | ) |

## **ORDER**

Upon consideration of the Motion for Leave to Amend Indictment (Doc. #28), filed on July 20, 2007, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before July 31, 007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 24th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE