IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:07cr22-WHA |
| ) | |
| MICHAEL GIBSON ) | |

## AMENDED UNOPPOSED MOTION TO EXTEND PLEA DEADLINE

Comes the Defendant, by counsel, and respectfully moves to extend the plea deadline under F.R.Cr.P. 11(c)(1)(C), from noon on July 25, 2007 to a date on or after July 30, 2007. In support of this Motion, the Defendant would show:

1. Defense counsel and government counsel are engaged in good faith negotiations to resolve this matter;

2. Defense counsel has been unable to complete the negotiations by the plea deadline, due to his participation as lead counsel in the trial of <u>United States v. Gregory Shiver</u>, Case No. 05-cr-256-LSC, which began on July 23, 2007 and is expected to last through July 25. Defense counsel was appointed to this case on July 18, 2007 and has been primarily engaged in trial preparation since that date.

3. Government counsel does not oppose this motion.

Dated this 25TH day July, 2007.

                                  Respectfully submitted,

                                  s/ Kevin L. Butler
                                  KEVIN L. BUTLER
                                  First Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  E-mail: kevin_butler@fd.org
                                  AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:07cr22-WHA** |
| ) | |
| **MICHAEL GIBSON** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christa D. Deegan, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                        Respectfully submitted,

                                        s/ Kevin L. Butler
                                        KEVIN L. BUTLER
                                        First Assistant Federal Defender
                                        201 Monroe Street, Suite 407
                                        Montgomery, Alabama 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        E-mail: kevin_butler@fd.org
                                        AZ Bar Code: 014138