IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CRIMINAL ACTION NO.
                                )        2:07cr22-WHA
MICHAEL GIBSON                  )

ORDER

Upon Defendant's Notice of Intent to Change Plea (Doc. #35), filed July 30, 2007,

it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal

Rules of Criminal Procedure on August 1, 2007 at 10:00 a.m., Courtroom 5A, Frank M.

Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If Defendant is

in custody, the United States Marshal shall arrange for Defendant's appearance at this

proceeding.

DONE this 31st day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE