IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr022-WHA |
| MICHAEL GIBSON ) | |

## **ORDER**

On July 24, 2007, the court ordered the Defendant to show cause on or before July 31, 2007, why the United States' Motion for Leave to Amend Indictment should not be granted. No response to the court's order having been filed, it is hereby

ORDERED that the Motion for Leave to Amend Indictment (Doc. #28) is GRANTED, and the indictment is AMENDED to correct the offense date from March 14, 2005 to February 14, 2007.

DONE this 1st day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE