IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr022-WHA |
| MICHAEL GIBSON ) | |

## **ORDER**

Upon consideration of the Motion to Strike (Doc. #30) heretofore filed in the above-styled cause, and for good cause shown, the court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, ORDERED, ADJUDGED and DECREED by the court that the forfeiture allegation is hereby STRICKEN.

DONE this 28th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE