IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 2:07cr022-WHA

MICHAEL GIBSON )

## ORDER

Due to a conflict which has arisen in the court's calendar, the sentencing of the Defendant, previously scheduled for October 31, 2007, at 10:00 a.m., is RESCHEDULED for October 31, 2007, at **2:00 p.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 4th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE