IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr22-WHA |
| MICHAEL GIBSON | ) | |

**ORDER ON MOTION**

On October 24, 2007, the Government filed a motion to substitute counsel (Doc. #44). The motion requests that the Court substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Christa D. Deegan. Upon consideration of the motion, it is

ORDERED that the motion (Doc. #44) is GRANTED. It is further

ORDERED that the Clerk of this Court shall substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Christa D. Deegan.

Done this 25th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE