IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr-22-WHA |
| MICHAEL GIBSON ) | |

## **ORDER**

Upon consideration of the Defendant's oral Motion to Continue the Sentencing, made in open court at the sentencing hearing held on October 31, 2007, with the United States not opposing the motion, and for good cause shown, it is hereby ORDERED as follows:

1. The Motion to Continue is GRANTED, and sentencing of the Defendant is CONTINUED to Thursday, December 6, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. The Defendant is subject to all terms and conditions of the bond previously executed by him in this case.

DONE this 1st day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE