IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR.NO.  2:07cr22-WHA |
| | ) | |
| MICHAEL GIBSON | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney A. Clark Morris, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 3rd of December, 2007.

                                            LEURA G. CANARY
                                          UNITED STATES ATTORNEY

                                          /s/A. Clark Morris
                                          A. CLARK MORRIS
                                          Assistant United States Attorney
                                          131 Clayton Street
                                          Montgomery, Alabama 36104
                                          Telephone: (334) 223-7280
                                          Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR.NO. 2:07cr22-WHA |
| | ) | |
| MICHAEL GIBSON | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135